JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ANDREW COMO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LOWE'S HIW, INC.; LOWE'S COMPANIES, INC, and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. CV 14-4107 PA (JEMx)<br><br>**ORDER OF THE COURT REGARDING DISMISSAL OF CASE WITH PREJUDICE** |

## ORDER OF DISMISSAL

On this day came to be considered the Stipulation of Voluntary Dismissal With Prejudice filed by the Plaintiff, Andrew Como, and Defendants, Lowe's HIW, Inc. and Lowe's Companies, Inc., in the above-styled and numbered cause. This Court accepts the Stipulation and finds that the case should be dismissed with prejudice. The Court further finds that the parties have stipulated that each of them shall be responsible for his/its own costs of suit of any kind, including attorneys' fees, incurred herein as to the prosecution or defense of the case.

It is therefore ORDERED that this case is hereby DISMISSED with prejudice. IT is further ORDERED that each party shall be responsible for his/its own costs of suit of any kind, including attorneys' fees, incurred in the prosecution or defense of the case.

SIGNED AND ENTERED this 2nd day of December, 2014

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT COURT JUDGE